Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law, A Law Corporation

PAUL ALSTON            1126
CLAIRE WONG BLACK      9645
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:  palston@ahfi.com
         cblack@ahfi.com

Attorneys for Defendants
HO`ĀKEA COMMUNCIATIONS LLC, BARBARA J. TANABE and JIM MCCOY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BENJAMIN J. CAYETANO,<br><br>Plaintiff,<br><br>vs.<br><br>HAWAII CARPENTERS UNION MARKET RECOVERY FUND dba PACIFIC RESOURCHE PARTNERSHIP; JOHN D. WHITE, JR.; HAWAII CARPENTERS' UNION; PACIFIC RESOURCE PARTNERSHIP PAC; HOAKEA COMMUNICATIONS LLC; BARBARA J. TANABE; JIM MCCOY; SEAN NEWCAMP; THALIA CHOY; ALAN SHINTANI; | Civil No. 12-00619 SOM-RLP<br><br>**DEFENDANT HO`ĀKEA COMMUNICATIONS LLC'S, CORPORATE DISCLOSURES; CERTIFICATE OF SERVICE** |

845799v1 / 11045-1

| |
|---|
| STEVEN HIDANO; GERARD SAKAMOTO; MARK KUPAHU; WILLI MAGLINTI; LEONARD HOSHIJO; LANCE YOSHIMURA; KEN KAWAMOTO; BILL WILSON; LANCE INOUYE; CRAIG FUKUDA; DARREN HO; JOHN DOES 1-50; JANE DOES 1-50; DOE ENTITIES 1-50, <br><br> Defendants. |

## DEFENDANT HO`ĀKEA COMMUNICATIONS LLC'S, CORPORATE DISCLOSURES

Defendant Ho`ākea Communications LLC ("Ho`ākea"), by and through its attorneys Alston Hunt Floyd & Ing and pursuant to Federal Rule of Civil Procedure 7.1, hereby submit its Corporate Disclosure Statement as follows:

1.  Ho`ākea is a Hawai`i limited liability company that does not have a parent corporation. No publicly held corporation owns 10% or more of the membership interests of Ho`ākea.

2.  Ho`ākea reserves the right to supplement this Statement as appropriate if new information is obtained.

DATED: Honolulu, Hawai`i, December 13, 2012.

　　　　　　　　　　　　　　　　/s/ Claire Wong Black
　　　　　　　　　　　　　　　　PAUL ALSTON
　　　　　　　　　　　　　　　　CLAIRE WONG BLACK

　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　HO`ĀKEA COMMUNICATIONS LLC,
　　　　　　　　　　　　　　　　BARBARA J. TANABE and JIM
　　　　　　　　　　　　　　　　MCCOY