IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BENJAMIN J. CAYETANO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HAWAII CARPENTERS UNION ) <br> MARKET RECOVERY FUND dba ) <br> PACIFIC RESOURCE ) <br> PARTNERSHIP; JOHN D. WHITE, ) <br> JR.; HAWAII CARPENTERS' ) <br> UNION; PACIFIC RESOURCE ) <br> PARTNERSHIP PAC; HOAKEA ) <br> COMMUNICATIONS LLC; ) <br> BARBARA J. TANABE; JIM ) <br> MCCOY; SEAN NEWCAMP; ) <br> THALIA CHOY; GERARD ) <br> SAKAMOTO; MARK KUPAHU; ) <br> WILLIE MAGLINTI; LEONARD ) <br> HOSHIJO; LANCE YOSHIMURA; ) <br> KEN KAWAMOTO; BILL ) <br> WILSON; LANCE INOUYE; ) <br> CRAIG FUKUDA; DARREN HO; ) <br> JOHN DOES 1-50; DOE ENTITIES ) <br> 1-50 ) <br> ) <br> Defendants. ) <br> _____ ) | CV 12-00619 SOM-RLP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all

parties on February 20, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff's Motion for Remand and Deny Plaintiff's Request for Attorneys' Fees" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 18, 2013.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Cayetano v. Hawaii Carpenters Union Market Recovery Fund, et al., Civ. No. 12-00169 SOM/RLP, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION