# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

April 12, 2013

Circuit Court of the First Circuit
State of Hawaii
Ka`ahumanu Hale
777 Punchbowl Street
Honolulu HI 96813 - 5093

Re: BENJAMIN J. CAYETANO VS. HAWAII CARPENTERS UNION MARKET RECOVERY FUND; ET AL.

CIRCUIT COURT NO. CV 12-1-2604 -10 RAN
USDC HI CASE NO. CV 12-00619 SOM-RLP

Dear Sir,

Please be advised that on March 18, 2013 this case was remanded to the Circuit Court of the First Circuit, State of Hawaii. Enclosed is a certified copy of the "Findings and Recommendation to Grant Plaintiff's Motion for Remand and Deny Plaintiff's Request for Attorneys' Fees" filed on February 20, 2013, the "Order Adopting Magistrate Judge's Findings and Recommendation" filed on March 18, 2013 and docket sheet.

Sincerely Yours,

SUE BEITIA, CLERK

by: EA
   Deputy Clerk

cc: all counsel of record

To clerks office only:
Please acknowledge receipt on the copy of this letter and return.

Date: _____   By: _____